In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-09-00114-CV

                                                ______________________________

 

 

                                             JOAN
CAPPS, Appellant

 

                                                                V.

 

NEXION HEALTH AT
SOUTHWOOD, INC., D/B/A

SOUTHWOOD NURSING &
REHABILITATION CENTER,

NEXION HEALTH, INC., AND
NEXION HEALTH

MANAGEMENT, INC., Appellees

 

 

                                                                                                  


 

 

                                         On Appeal from the 4th Judicial District Court

                                                              Rusk County, Texas

                                                          Trial Court
No. 2007-207

 

                                                                                                  


 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                              Memorandum Opinion by Justice Carter








                                                      MEMORANDUM OPINION

 

            Joan
Capps, plaintiff below, filed a notice of appeal with this Court appealing the
trial court’s final judgment in trial court cause number 2007-207.  Defendants below, Nexion Health at Southwood,
Inc., d/b/a Southwood Nursing & Rehabilitation Center, Nexion Health, Inc.,
and Nexion Health Management, Inc., filed their notice of appeal from that same
final judgment with the Tyler Court of Appeals. 


            This
Court and the Tyler Court of Appeals share common jurisdiction over Rusk
County, and appeals from that county may be filed in either the Sixth Court of
Appeals at Texarkana or the Twelfth Court of Appeals at Tyler.  Tex.
Gov’t Code Ann. § 22.201 (Vernon Supp. 2009).

            Because
notices of appeal were filed in both this Court and the Tyler Court, and
because the parties were unable to agree on which court would handle the
appeal, a drawing was held by the Rusk County District Clerk’s Office.  Tex.
R. Jud. Admin. 15.4, reprinted in
Tex. Gov’t Code Ann. tit. 2,
subtit. F. app. (Vernon Supp. 2009).  As
a result of that drawing, these appeals have been consolidated, and the Tyler
court was selected as the court to handle these appeals, thereby vesting sole
jurisdiction in that court.

            We therefore dismiss
this appeal for want of jurisdiction.

 

 

                                                                        Jack
Carter

                                                                        Justice

 

Date
Submitted:          January 28, 2010

Date
Decided:             January 29, 2010